IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY, INC., | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-205-MEF WO |
| LAYTON LENOIR, | ) ) | |
| DEFENDANT. | ) | |

## ORDER

This cause is before the Court on the Motion to Dismiss and Suggestion of Bankruptcy (Doc. # 4) filed by Plaintiff John Deere Construction & Forestry Company, Inc. on March 38, 2005. This motion seeks the dismissal of this action without prejudice due to the bankruptcy of the sole defendant. Defendant does not oppose the motion. Accordingly, it is hereby ORDERED as follows: the Motion to Dismiss and Suggestion of Bankruptcy (Doc. # 4) filed by Plaintiff John Deere Construction & Forestry Company, Inc. on March 38, 2005 is GRANTED and this case is DISMISSED WITHOUT PREJUDICE. It is further ORDERED that the Clerk of the Court close this file.

DONE this 24th day of May, 2005.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE